IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 1:19-mj 303 |
| | ) Pentagon Docket |
| | ) August 15, 2019 |
| SEAN A. KEENAN, | ) |
| | ) |
| Defendant. | ) |

CRIMINAL INFORMATION
(Count 1 Class B Misdemeanor - 7193541)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 28, 2019, on the Pentagon Reservation, in the Eastern District of Virginia, the Defendant, SEAN A. KEENAN, did knowingly, wilfully and unlawfully park a motor vehicle on the Pentagon Reservation after his parking privileges had been administratively suspended by the Pentagon Parking Control Office for a period of one year due to excessive accumulation of parking infractions.

(In violation of Title 32, Code of Federal Regulations, Part §234.18).

(Count 2 - Class B Misdemeanor - Petty )

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about May 28, 2019, during a custodial interview and after waiving his Miranda warnings, the defendant, SEAN A. KEENAN, knowingly provided false and misleading information to persons authorized to investigate the violation of law and regulation, to wit: the defendant waived his Miranda warnings and told the Police officers that he had filed an appeal of his administrative suspension with the Pentagon Parking Control Office and that he did not return his Pentagon Parking Permit, as required, because "someone" had told him to keep it until the process was finished. Further investigation revealed the defendant did not file an appeal with the Pentagon Parking Control Office.

(In violation of Title 32 Code of Federal Regulations §234.6(c).)

G. Zachary Terwilliger
United States Attorney

By: _____
Paul A. Embroski
Special Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-693-7374
paul.a.embroski.civ@mail.mil

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information was mailed, first class, postage prepaid, to the defendant at his address of record on this /S/ day of July, 2019.

By: /s/ Paul A. Embroski
Paul A. Embroski
Special Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-693-7374
paul.a.embroski.civ@mail.mil